OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

May 29, 2025

Thomas Trotta
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509

RE: USA v. Thomas Trotta
Case Number: 25-1599
District Court Case Number: 3:23-cr-00127-001

Dear Appellant:

The above case was docketed in the Court on **March 28, 2025**. At that time we advised that you must either pay the docketing and filing fees to the district court or complete and return the CJA Form 23 Financial Affidavit. The CJA Form 23 Financial Affidavit would be treated as a motion for appointment of counsel under the provisions of the Criminal Justice Act. As of this date you have not complied.

We are enclosing a duplicate CJA Form 23 Financial Affidavit to be completed and returned to this office no later than **June 12, 2025**. A completed copy of the form must be sent to counsel for appellee.

Alternatively, the fees may be paid to the District Court as follows:

   *$605.00 Notice of Appeal including Filing Fee*

Failure to pay the docketing and filing fees or to complete and return the CJA Form 23 Financial Affidavit by **June 12, 2025** will result in the issuance of an Order to

Show Cause for failure to timely prosecute.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Timothy, Case Manager
267-299-4953

cc:  Carlo D. Marchioli, Esq.